# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | |
| EX REL. HAO LIU § | | |
| § | | |
| v. § | | Case No. 4:09-CV-625 |
| § | | Judge Schneider/Judge Mazzant |
| MEDICAL CENTER OF PLANO known as § | | |
| PLANO MEDICAL CENTER, et al. § | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 27, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Medical Center of Plano's first Motion to Dismiss (Dkt. #47), Michael Brandon Meek's Motion to Dismiss (Dkt. #49), Timothy Chappell's first Motion to Dismiss (Dkt. #50), Timothy Betz's Motion to Dismiss (Dkt. #51), William M. Bartek's Motion to Dismiss (Dkt. #56), Michael Brandon Meek's (second) Motion to Dismiss and Motion to Strike (Dkt. #61), Medical Center of Plano's Second Motion to Dismiss (Dkt. #62), Timothy Chappell's Second Motion to Dismiss (Dkt. #63), Michael Brandon Meek's Motion to Strike or, the alternative, Motion to Dismiss (Dkt. #64), and William M. Bartek's Second Motion to Dismiss (Dkt. #67) be GRANTED and Relator's case be DISMISSED with prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Medical Center of Plano's first Motion to Dismiss (Dkt. #47), Michael Brandon Meek's Motion to Dismiss (Dkt. #49), Timothy Chappell's first Motion to Dismiss (Dkt. #50), Timothy Betz's Motion to Dismiss (Dkt. #51), William M. Bartek's Motion to Dismiss (Dkt. #56), Michael Brandon Meek's (second) Motion to Dismiss and Motion to Strike (Dkt. #61), Medical Center of Plano's Second Motion to Dismiss (Dkt. #62), Timothy Chappell's Second Motion to Dismiss (Dkt. #63), Michael Brandon Meek's Motion to Strike or, the alternative, Motion to Dismiss (Dkt. #64), and William M. Bartek's Second Motion to Dismiss (Dkt. #67) are **GRANTED** and Relator's case is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**
**SIGNED this 26th day of October, 2010.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE